PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HELIBERTO MORALES-DELGADO,<br><br>Defendant. | CASE NO. 1:17-CR-00206-LJO-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. At arraignment, a status conference was set in this matter October 2, 2017. The government had not provided discovery at the time of arraignment, and time was not excluded.

2. By this stipulation, defendant now moves to exclude time between the date of the order and October 2, 2017.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes photos and reports, all of which the government provided to counsel on September 15, 2017.

   b) Counsel for defendant requires time to review discovery, consult with her client,

conduct investigation and research related to the charges, and discuss a potential resolution with her client and the government.

        c)     Therefore, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of from the date of this order to October 2, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 18, 2017         PHILLIP A. TALBERT
                                              United States Attorney

                                              /s/ ROSS PEARSON
                                              ROSS PEARSON
                                              Assistant United States Attorney

Dated: September 18, 2017         /s/ ERIN SNIDER
                                              ERIN SNIDER
                                              Counsel for Defendant
                                              HELIBERTO MORALES-DELGADO

**ORDER**

IT IS SO ORDERED.

Dated: **September 19, 2017**              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3