HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
HELIBERTO MORALES-DELGADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00206-LJO-SKO |
| Plaintiff, | |
| vs. | **AMENDED** STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| HELIBERTO MORALES-DELGADO, | Date: October 30, 2017 |
| Defendant. | Time: 1:00 p.m. |
| | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Assistant United States Attorney Ross Pearson, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Heliberto Morales-Delgado, that the status conference currently scheduled for October 2, 2017, at 1:00 p.m. may be moved to October 30, 2017, at 1:00 p.m.

The defense has received initial discovery and the parties are currently engaged in plea negotiations. The parties request this continuance with the intention of conserving time and resources for both the parties and the Court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

/ / /

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: September 28, 2017  /s/ Ross Pearson
ROSS PEARSON
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: September 28, 2017  /s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
HELIBERTO MORALES-DELGADO


**O R D E R**

The status conference currently scheduled for October 2, 2017, at 1:00 p.m. is hereby continued to October 30, 2017, at 1:00 p.m. Pursuant to the agreement of the parties, time is excluded for defense preparation, defense investigation, and plea negotiation purposes.

IT IS SO ORDERED.

Dated: __**September 29, 2017**__   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE