| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, CA SBN #304781 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |

Attorney for Defendant
HELIBERTO MORALES-DELGADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:17-cr-00206-LJO-SKO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO VACATE STATUS |
| vs. | ) | CONFERENCE AND SET FOR CHANGE OF |
| | ) | PLEA; ORDER |
| HELIBERTO MORALES-DELGADO, | ) | |
| | ) | Date: November 6, 2017 |
| Defendant. | ) | Time: 8:30 a.m. |
| | ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Assistant United States Attorney Ross Pearson, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Heliberto Morales-Delgado, that the status conference currently scheduled for December 18, 2017, be vacated and that this matter be set for a change-of-plea hearing on November 6, 2017, at 8:30 a.m. The parties have reached an agreement in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | PHILLIP A. TALBERT<br>United States Attorney |
| Date: November 1, 2017 | | */s/ Ross Pearson*<br>ROSS PEARSON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: November 1, 2017 | | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>HELIBERTO MORALES-DELGADO |

## **O R D E R**

The status conference currently scheduled for December 18, 2017, at 1:00 p.m. is hereby vacated and this matter is set for a change of plea on November 6, 2017, at 8:30 a.m. before the undersigned.

IT IS SO ORDERED.

Dated: **November 1, 2017**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE