IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:17-cr-00206-LJO-SKO |
| Plaintiff, ) | |
| vs. ) | ORDER OF RELEASE |
| HELIBERTO MORALES-DELGADO, ) | |
| Defendant. ) | |

The above named defendant having been sentenced on January 29, 2018 to CREDIT FOR TIME SERVED,

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A judgment and commitment order will follow.

IT IS SO ORDERED.

Dated: **January 29, 2018**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE